IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2006 MAY 24 P 1:09

__John A. Haley__                      )
_____                )
           Plaintiff                   )
                                       )
__John v. E. Potter__                  )   2:06 cv 470-vpm
_____                )
           Defendant(s)                )

## COMPLAINT

1. Plaintiff resides at __5302 Connie Circle Montg, AL 36108__

2. Defendant(s)' name(s) __John E. Potter And Elizabeth White__

   Location of principal office(s) of the named defendant(s) __475 L'enfant Plaza SW, Washington, DC 80260 And 351 24th Street N Birmingham, AL 35203__

   Nature of defendant(s)' business __Mail Delivering__

   Approximate number of individuals employed by defendant(s) __800,000__

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. ___ Termination of my employment.
   3. _X_ Failure to promote me.
   4. ___ Other acts as specified below: _____

   _____

5. Plaintiff is:
   A. __X__ Presently employed by the defendant.
   _____ Not presently employed by the defendant. The dates of employment were _____. Employment was terminated because:

   (1) _____ Plaintiff was discharged.
   (2) _____ Plaintiff was laid off.
   (3) _____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. __X__ My race.
   B. _____ My religion.
   C. __X__ My sex.
   D. _____ My national origin.
   E. __X__ Other, as specified below: _Age, Color And Retaliation_

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Elizabeth W. White, Caucasian, Female Manager, Human Resources._

8. The alleged discrimination occurred on or about _January 21, 2005_.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: _On January 21, 2005, I was informed that Elizabeth White, the selecting official, selected Julie A. Cisko for the Workplace Improvement Analyst Position. The selection was a continues act of discrimination, against me, base on Race, Gender Sex, Age and Retaliation._

10. The alleged illegal activity took place at _U.S. Postal Service, 351 24th Street N. Birmingham, AL 35203_

2

11.  I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about **February 02, 2005**. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on **Feb. 27, 2005**

12.  I seek the following relief:

    A.  **X** Recovery of back pay.
    B.  ____ Reinstatement to my former job,

    and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: **May 24, 2006**

Signature of Plaintiff: *John A. Staley*

Address & Telephone Number of Plaintiff:
5302 Connie Circle
Montgomery, AL
36108-5404

3