AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

John A. Haley

V.

John E. Potter
_et al_

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv470-MHT

TO: (Name and address of Defendant)

John E. Potter
Postmaster General
475 L'enfant Plaza SW
Washington, DC 20260

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Haley
5302 Connie Circle
Montgomery, AL 36108

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                5/30/06
CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

John A. Haley

V.

John E. Potter

_et al_

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV 470-VPM

TO: (Name and address of Defendant)

Elizabeth W. White
Manager, Human Resources
U.S. Postal Service
351 24TH Street N
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Haley
5302 Connie Circle
Montgomery, AL 36108

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

5/30/06
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

John A. Haley

V.

John E. Potter
et al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06CV470-VPM

TO: (Name and address of Defendant)

Luera Canary
U.S. Attorney Office
P.O. Box 197
Montgomery, AL 36106-0917

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Haley
5302 Connie Circle
Montgomery, AL 36108

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/30/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

John A. Haley

V.

John E. Potter
et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv470-VPM

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Haley
5302 Connie Circle
Montgomery, AL 36108

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    5/30/06
CLERK                                                 DATE

(By) DEPUTY CLERK