**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Luera Canary
   U.S. Attorney Office
   P.O. Box 197
   Montgomery, AL
   36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Britty Sho____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brittney Shockley
C. Date of Delivery: 5/31/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV470·MHT
   St Cmp
   (6 2)

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7005 1820 0007 7993 3490

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540