IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN A. HALEY | § |
| | § |
| Plaintiff, | § CASE NO.: 2:06-cv-00470-MHT-VPM |
| | § |
| v. | § |
| | § |
| JOHN E. POTTER et. al. | § |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

COMES NOW, Kathryn Dickey herein, filing Notice of Appearance as counsel for Plaintiff, John A. Haley, in the above style cause. Copies of all correspondence, motions, filings, notices, etc. should be served upon the undersigned.

Respectfully submitted on this the 21st day of June 2006.

Kathryn Dickey (ASB8797-D57K)
Attorney for Plaintiff

**OF COUNSEL:**

KATHRYN DICKEY
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696   fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorneys by placing a copy of the same in the United States Mail postage prepaid and properly addressed this the 21st day of June 2006.

>John E. Potter
>Postmaster General
>475 L'enfant Plaza SW
>Washington, DC 20260
>
>Elizabeth W. White
>Manager Human Resources
>U.S. Postal Service
>351 24th Street North
>Birmingham, AL 35203
>
>Luera Canary
>U.S. Attorney's Office
>P.O. Box 197
>Montgomery, AL 36106-0917
>
>Alberto Gonzales
>Attorney General
>U.S. Department of Justice
>950 Pennsylvania Ave,. NW
>Washington, DC 20530

_____
OF COUNSEL