IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN A. HALEY,                          )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )      CIVIL ACTION NO. 2:06cv470-MHT
                                        )
JOHN E. POTTER and ELIZABETH            )
WHITE,                                  )
                                        )
          Defendants.                   )

## ORDER

On 5 June 2006, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this action is TRANSFERRED to the Northern District of Alabama.

The Clerk of the court is DIRECTED to take the necessary steps to effect the transfer.

Done this the 28th day of July, 2006.

          _____/s/ Myron H. Thompson_____
          UNITED STATES DISTRICT JUDGE